IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    and<br><br>STATE OF HAWAII, MISSISSIPPI COMMISSION ON ENVIRONMENTAL QUALITY, STATE OF UTAH, BAY AREA AIR QUALITY MANAGEMENT DISTRICT,<br><br>    Plaintiff-Intervenors,<br><br>    v.<br><br>CHEVRON U.S.A. INC.,<br><br>    Defendant.<br>_____/ | No. C 03-4650 CRB<br><br>**ORDER** |

    The parties shall lodge with the Court a final and complete version of the proposed Consent Decree incorporating all amendments and substitutions approved by the Court to date, including those set forth in the Third Stipulation to Substitute Corrected Pages in Proposed Consent Decree.

    **IT IS SO ORDERED.**

Dated: May 31, 2005

                                                    /s/
                                      CHARLES  R. BREYER
                                      UNITED STATES DISTRICT JUDGE