IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　and<br><br>STATE OF HAWAII, MISSISSIPPI COMMISSION ON ENVIRONMENTAL QUALITY, STATE OF UTAH, BAY AREA AIR QUALITY MANAGEMENT DISTRICT,<br><br>　　　　Plaintiff-Intervenors,<br><br>　　v.<br><br>CHEVRON U.S.A. INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 03-4650 CRB<br><br>**ORDER** |

　　　The government shall file a reply to amici's Response to the Third Stipulation to Substitute Corrected Pages in Proposed Consent Decree no later than June 14, 2005.

　　　**IT IS SO ORDERED.**

Dated: June 8, 2005

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　CHARLES  R. BREYER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4650\Order 10.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28